No. 2816.—J. FOLEY *v.* MARY F. HAGAN

A privilege given by private contract confers no preference over a mortgage on the same property, if it is not recorded in the parish where the property is situated on the same day on which the act or other evidence of the debt was made. C. C. 1870, 3274.

APPEAL from the Fifth Judicial District Court, parish of Iberville. *Posey*, J. *McGloin & Kleinpeter*, for plaintiff and appellant. *Rousseau & Estevan*, for defendant and appellee.

HOWELL, J. The plaintiff claims a privilege for making and repairing a levee on the plantation of the defendant which was seized and sold under a mortgage in the suit of G. W. Murrell *v.* Mrs. Hagan, and the amount claimed was ordered to be retained by the sheriff. The privilege was denied, and the plaintiff appealed.

He neither alleged nor proved that the work was adjudicated to him in accordance with existing laws and ordinances, but relies upon the registry of a private written agreement or contract with the proprietor. This registry, however, was not made in compliance with article 3240, C. C. of 1825, and by article 3241 the privilege was lost, admitting that a privilege could so be acquired, under existing laws, to the prejudice of Murrell's mortgage created in 1860.

This view of the case renders it unnecessary to pass on the bill of exceptions and other points referred to in plaintiff's brief.

Judgment affirmed.

Rehearing refused.